

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00352-CV

_____

IN RE CYNTHIA D. BLACK, AS EXECUTOR FOR THE ESTATE OF
MICHAEL E. BLACK, Relator

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV16-08-670

Before Birdwell, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay are denied.

Per Curiam

Delivered:  July 22, 2025